THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

TEA LIVING, INC., d/b/a TEA COLLECTION,

Defendants.

Case No. 2:26-cv-01966-KKE

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Melissa Erwin, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Tea Living, Inc. d/b/a Tea Collection ("Defendant"), together ("the Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 45 days from June 12, 2026 to and including to July 27, 2026.

If Defendant files a Motion to Dismiss, the Parties further agree that Plaintiff shall have 30 days to oppose such that the deadline is August 26, 2026, and Defendant shall have three weeks to file a Reply such that it is due September 16, 2026.

The Parties further stipulate that the deadlines set forth in the Court's Order Regarding Initial Disclosures and Joint Status Report (Dkt. No. 9) is continued and reset as follows:

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - 1
Case No. 2:26-cv-01966

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Fed. R. Civ. P. 26(f) Conference | June 30, 2026 | 30 days after Defendant files its answer or other response |
| Initial Disclosures | July 14, 2026 | 14 days after the Rule 26(f) Conference |
| Joint Status Report | July 21, 2026 | 7 days after the exchange of Initial Disclosures |

Good cause exists for this requested extension. The action was originally filed in the Snohomish County Superior Court, and removed to this Court on Friday, June 5, 2026. Defendant requires additional time to evaluate the claims asserted in the Complaint, assess available defenses under the Federal Rules of Civil Procedure, and determine the appropriate responsive pleading.

The case remains in its earliest stages. The extension is the first such request, and granting this extension will allow Defendant adequate time to evaluate the allegations and legal issues presented, and continuing the Rule 26 deadlines will conserve party and judicial resources to avoid premature case management activities.

Dated:  June 11, 2026

Respectfully submitted,

/s/ Meegan B. Brooks
Meegan B. Brooks, WSBA #62516
BALLARD SPAHR LLP
71 Stevenson St.
Suite 400
San Francisco, CA 94105
Telephone:  415.318.2772
Email: brooksm@ballardspahr.com

Attorney for Defendant Tea Living, Inc. d/b/a Tea Collection

Dated:  June 11, 2026

/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli*
STRAUSS BORRELLI PLLC
980 N Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
COHENMALAD, LLP

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - 2
Case No. 2:26-cv-01966

One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
STRANCH, JENNINGS &
GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com
*Attorneys for the Proposed Class*
*Applications for admission *pro hac vice*
forthcoming

## ORDER

The parties' stipulated motion is GRANTED. Dkt. No. 12. Defendant's deadline to respond to the complaint is July 27, 2026. The early case deadlines previously set (Dkt. No. 9) are VACATED and will be re-set as necessary after Defendant responds to the complaint.

Dated this 11th day of June, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - 3
Case No. 2:26-cv-01966