THE HONORABLE KIMBERLY K. EVANSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEA LIVING, INC., d/b/a TEA COLLECTION,<br><br>Defendant. | Case No. 2:26-cv-01966-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Melissa Erwin, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Tea Living, Inc. d/b/a Tea Collection ("Defendant"), together ("the Parties"), by and through their respective counsel of record, hereby stipulate that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action is extended from July 27, 2026 to 30 days after the Court issues a decision on its Order to Show Cause (Dkt. No. 14).

If Defendant files a Motion to Dismiss ("Motion"), the currently ordered briefing schedule (Dkt. No. 13) shall apply accordingly, such that Plaintiff shall have 30 days to file an Opposition, and Defendant shall have three weeks to file a Reply.

Good cause exists for this requested extension. The action was originally filed in the Snohomish County Superior Court, and removed to this Court on Friday, June 5, 2026. On June 11, 2026, the Court granted the Parties' stipulation to extend the time to respond to the Complaint to July 27, 2026 and set a briefing schedule (Dkt. No. 13). On June 18, 2026, the Court issued its

Order to Show Cause (Dkt. No. 14) why the case should not be stayed pending the Ninth Circuit's ruling in the *Montes II* appeal. The Parties have each submitted their responses to the Order to Show Cause (Dkt. Nos. 22-23) and now await the Court's decision. An extension of the deadline to respond to the Complaint until after the Court issues a ruling on the Order to Show Cause will conserve the Court's and the Parties' resources while the Court considers whether a stay is appropriate and while the question of Article III standing remains pending before the Ninth Circuit and may render any response to the Complaint in federal Court moot.

Dated: July 23, 2026

Respectfully submitted,

*/s/ Meegan B. Brooks*

Meegan B. Brooks, WSBA #62516
BALLARD SPAHR LLP
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415.318.2772
Email: brooksm@ballardspahr.com

*Attorney for Defendant Tea Living, Inc. d/b/a Tea Collection*

Dated: July 23, 2026

*/s/ Samuel J. Strauss*

Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli*
STRAUSS BORRELLI PLLC
980 N Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
STRANCH, JENNINGS &

GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com
*Attorneys for the Proposed Class*
*Applications for admission *pro hac vice* forthcoming

**ORDER**

The Court finds good cause to GRANT the parties' stipulated motion. Dkt. No. 24. The Defendant's deadline to respond to the complaint is extended to 30 days after the Court addresses the parties' responses to the order to show cause. If Defendant files a motion to dismiss, Plaintiff shall have 30 days to file an opposition, and Defendant shall have three weeks to file a reply.

Dated this 24th day of July, 2026.

Kymberly K. Evanson

Kymberly K. Evanson
United States District Judge